UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**BRUCE PACE**                                                                                               **PLAINTIFF**

**VS**                                                                                **CIVIL ACTION NO. 3:09CV-67-H**

**MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY**         **DEFENDANT(S)**

### ORDER

     Counsel for the defendant having notified the Court of a settlement in this matter on July 30, 2009; **IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within forty-five (45) days if the settlement is not consummated. Counsel may tender a supplemental order of dismissal if they so desire. **The pretrial conference currently scheduled for June 18, 2010 is remanded from the court's docket.**

Date: July 30, 2009

*[signature]*
John G. Heyburn II, Judge
United States District Court

Copies:
All counsel

August 4, 2009